■ HEATHER MOSES et al., Appellants, v J. C. PENNEY CO., INC., et al., Respondents.—Motion to dismiss appeal on ground notice of appeal not timely filed or served denied. Memorandum: A party seeking to limit the right of his adversary to appeal is held to strict practice *(People ex rel. Manhattan Stor. & Warehouse Co. v Lilly,* 299 NY 281; *Good v Daland,* 119 NY 153). Since respondent did not serve the order appealed from on appellant's attorney of record, the motion to dismiss the appeal as untimely taken is denied. Present—Dillon, P. J., Denman, Boomer, Pine and Lawton, JJ.

■ MYRON KUCHMAK, Petitioner, v PAUL WALDMILLER et al., Respondents.—Motion granted and appeal dismissed on ground order is not appealable. Memorandum: An appeal does not lie to this court from a decision of a Hearing Officer in a proceeding brought pursuant to Real Property Tax Law, article 7, title 1-A. Review is by way of a proceeding pursuant to CPLR article 78 (Real Property Tax Law § 736 [2]). Present—Dillon, P. J., Denman, Boomer, Pine and Lawton, JJ.

■ MICHAELINE LICHON, Appellant, v ROBERT LICHON, Respondent.—Motion granted and appellant's time to perfect appeal extended to January 29, 1988. Motion for permission to perfect appeal as a poor person denied. Memorandum: The motion is denied for the reason that an application for permission to appeal as a poor person is pending before the trial court. (Two motions.) Present—Dillon, P. J., Denman, Boomer, Pine and Lawton, JJ.